[No. 19948-3-II. Division Two. June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
ALLEN CALDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01209-4, Robert L. Harris, J., entered
October 6, 1995. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.

[No. 20063-5-II. Division Two. June 6, 1997.]

ROBERT F. CRAIG, *Appellant*, v. LAKE SHORE ATHLETIC
CLUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-04263-1, Barbara D. Johnson, J., entered
October 6, 1995. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20122-4-II. Division Two. June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY
WELDON CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-1-00282-7, Randolph Furman, J.,
entered November 2, 1995. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Houghton, C.J.,
and Seinfeld, J.

[No. 20260-3-II. Division Two. June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WALTER WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03168-6, Waldo F. Stone, J., entered
December 28, 1995. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, C.J., and
Morgan, J.